**FILED**
CLERK, U.S. DISTRICT COURT

09/28/15

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_IV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAN JEWEL McKISSIC,<br><br>           Petitioner,<br><br>     v.<br><br>DAVID B. LONG,<br><br>           Respondent. | Case No. CV 13-4994 MWF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the original Petition for Writ of Habeas Corpus ("Original Petition"), the First Amended Petition for Writ of Habeas Corpus ("First Amended Petition"), and the Second Amended Petition for Writ of Habeas Corpus ("Second Amended Petition" or "Operative Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

     IT IS ORDERED that (1) the Original Petition and the First Amended Petition are dismissed because they are unverified and "mixed," in that they contain both exhausted claims (claims 1 and 3 therein) and an unexhausted claim (claim 2 therein); (2) the Second Amended Petition is deemed to be the Operative

///

Petition; and (3) the Operative Petition is denied and this action is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 28, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE