**FILED**
CLERK, U.S. DISTRICT COURT

09/28/15

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_IV\_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAN JEWEL McKISSIC,<br><br>   Petitioner,<br><br>  v.<br><br>DAVID B. LONG,<br><br>   Respondent. | Case No. CV 13-4994 MWF(JC)<br><br>JUDGMENT |

 Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the original Petition for Writ of Habeas Corpus and First Amended Petition for Writ of Habeas Corpus are dismissed, that the operative Second Amended Petition for Writ of Habeas Corpus is denied, and that this action is dismissed with prejudice.

DATED: September 28, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE